ORDER
PER CURIAM.
A combined petition for panel rehearing and rehearing en banc was filed by Plaintiff-Appellant, Avid Identification Systems, Inc. (“Avid”). Separately, Avid filed a motion to join in the pending en bane review in Therasense v. Becton Dickinson and Co., 2008-1511, 2008-1512, 2008-1513, 2008-1514, 2008-1595 or, alternatively, to stay the mandate of this case pending disposition of Therasense. The panel denied Avid’s motion. The combined petition and motion were referred to the circuit judges who are in regular active service. A poll was requested, taken, and failed.
Upon consideration thereof,
It Is Ordered That:
(1) The motion to join in the pending en banc review in Therasense v. Becton Dickinson and Co., 2008-1511, 2008-1512, 2008-1513, 2008-1514, 2008-1595 or, alternatively, to stay the mandate of this ease is denied.
(1) The petition for panel rehearing is denied.
(2) The petition for rehearing en banc is denied.
(3) The mandate of the court will issue on July 23, 2010.
NEWMAN, Circuit Judge, dissents from the denial of the request for a stay.